88 A.3d 970

**Dwayne JONES, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 20 EM 2014.**

Supreme Court of Pennsylvania.

April 2, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of April, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**